The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00139-JLR |
| Plaintiff, | |
| v. | **STIPULATED MOTION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| BARRY P. JOHNSON, BARRY N. JOHNSON, SCOTT J. JOHNSON, JOHNSON INTERNATIONAL, LLC, and SNOHOMISH COUNTY, | **Note on Motions Calendar: March 13, 2024** |
| Defendants. | |

The United States of America, Barry P. Johnson, Barry N. Johnson, Scott J. Johnson, Johnson International, LLC, and Snohomish County hereby agree and stipulate as follows:

1. The United States filed its complaint in this case on February 2, 2024. *See* Dkt. #1.

2. On February 28, 2024, Barry P. Johnson was served with the summons and complaint. Dkt. #6. Under Federal Rule of Civil Procedure 12, Barry P. Johnson would have until March 20, 2024 to respond to the complaint.

STIPULATED MOTION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-00139-JLR)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279

3. On February 29, 2024, Barry N. Johnson was served with the summons and complaint. Dkt. #7. Under Federal Rule of Civil Procedure 12, Barry N. Johnson would have until March 21, 2024 to respond to the complaint.

4. On February 28, 2024, Scott J. Johnson was served with the summons and complaint. Dkt. #8. Under Federal Rule of Civil Procedure 12, Scott J. Johnson would have until March 20, 2024 to respond to the complaint.

5. On February 28, 2024, Johnson International, LLC was served with the summons and complaint. Dkt. #9. Under Federal Rule of Civil Procedure 12, Johnson International, LLC would have until March 20, 2024 to respond to the complaint.

6. On February 27, 2024, Snohomish County was served with the summons and complaint. Dkt. #10. Under Federal Rule of Civil Procedure 12, Snohomish County would have until March 19, 2024 to respond to the complaint.

7. The parties are currently working together to reach a settlement of this action. To potentially avoid incurring additional litigation expenses, the parties need more time to informally exchange information and to negotiate before the defendants must respond to the complaint.

8. The parties thus stipulate and agree to extend the deadline to respond to the complaint for all of the defendants until May 13, 2024.

9. A proposed order is attached for this Court's consideration.

**(Signatures on next page)**

STIPULATED MOTION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-00139-JLR)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279

| | | |
|---|---|---|
| 1 | DATED: March 13, 2024 | DAVID A. HUBBERT |
| 2 | | Deputy Assistant Attorney General |
| 3 | | */s/ Samuel Holt* |
| | | SAMUEL HOLT |
| 4 | | Trial Attorney, Tax Division |
| | | U.S. Department of Justice |
| 5 | | P.O. Box 683 |
| | | Ben Franklin Station |
| 6 | | Washington, D.C. 20044-0683 |
| | | Tel: (202) 307-2279 |
| 7 | | Fax: (202) 307-0054 |
| | | Samuel.Holt@usdoj.gov |
| 8 | | |
| | | *Attorney for the United States of America* |
| 9 | DATED: March 13, 2024 | */s/ Alex J. Witenberg* |
| | | ALEX J. WITENBERG |
| 10 | | Deputy Prosecuting Attorney |
| 11 | | Snohomish County Prosecuting Attorney – Civil Division |
| 12 | | 3000 Rockefeller Ave., M/S 504 |
| | | Everett, Washington 98201 |
| 13 | | Tel: (425) 388-6343 |
| | | Fax: (425) 388-6333 |
| 14 | | Alex.Witenberg@snoco.org |
| 15 | | *Attorney for Snohomish County* |
| 16 | | |
| 17 | DATED: March 13, 2024 | */s/ Barry P. Johnson* |
| | | BARRY P. JOHNSON |
| 18 | | |
| 19 | DATED: March 13, 2024 | */s/ Barry N. Johnson* |
| 20 | | BARRY N. JOHNSON |
| 21 | | |
| 22 | DATED: March 13, 2024 | */s/ Scott J. Johnson* |
| | | SCOTT J. JOHNSON |
| 23 | | |
| 24 | DATED: March 13, 2024 | */s/ Barry P. Johnson* |
| | | BARRY P. JOHNSON |
| 25 | | *Registered Agent for Johnson International, LLC* |
| 26 | | |
| 27 | | |

STIPULATED MOTION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-00139-JLR)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2024, I filed this Stipulated Motion and Proposed Order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Alex J. Witenberg (Alex.Witenberg@snoco.org)
*Attorney for Snohomish County*

I further certify that on the same date, I caused a true and complete copy of the foregoing document to be served by first-class mail, postage prepaid, to the following parties at the following addresses:

Barry P. Johnson
11426 31st Drive SE
Everett, WA 98208

Barry N. Johnson
13725 Lost Lake Road
Snohomish, WA 98296

Scott J. Johnson
11426 31st Drive SE
Everett, WA 98208

Johnson International, LLC
c/o Barry P. Johnson
11426 31st Drive SE
Everett, WA 98208

*/s/ Samuel Holt*
SAMUEL HOLT
Trial Attorneys, Tax Division
U.S. Department of Justice

STIPULATED MOTION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
(Case No. 2:24-cv-00139-JLR)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2279

The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>Plaintiff,  <br><br>v.  <br><br>BARRY P. JOHNSON,  <br>BARRY N. JOHNSON,  <br>SCOTT J. JOHNSON,  <br>JOHNSON INTERNATIONAL, LLC, and  <br>SNOHOMISH COUNTY,  <br><br>Defendants. | Case No. 2:24-cv-00139-JLR  <br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT  <br><br>**Note on Motions Calendar:**  <br>**March 13, 2024** |

**ORDER**

The Stipulated Motion to Extend Time for all Defendants to Respond to Plaintiff's Complaint was filed by: the United States of America, Barry P. Johnson, Barry N. Johnson, Scott J. Johnson, Johnson International, LLC, and Snohomish County.

Upon consideration of the Stipulated Motion and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED such that all the defendants have until May 13, 2024 to respond to plaintiff's complaint.

[~~PROPOSED~~] ORDER  
(Case No. 2:24-cv-00139-JLR)

1

**U.S. DEPARTMENT OF JUSTICE**  
Tax Division, Western Region  
P.O. Box 683  
Washington, D.C.  20044  
Telephone: 202-307-2279

IT IS SO ORDERED.

Dated this 13th day of March, 2024.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Samuel Holt*
SAMUEL HOLT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 307-2279
Fax: (202) 307-0054
Samuel.Holt@usdoj.gov

*Attorney for the United States of America*

[PROPOSED] ORDER
(Case No. 2:24-cv-00139-JLR)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279