The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY P. JOHNSON,<br>BARRY N. JOHNSON,<br>SCOTT J. JOHNSON,<br>JOHNSON INTERNATIONAL, LLC, and<br>SNOHOMISH COUNTY,<br><br>    Defendants. | Case No. 2:24-CV-00139<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION REGARDING RELATIVE PRIORITY OF LIENS AGAINST THE SUBJECT PROPERTY**<br><br>**Note on Motions Calendar: June 20, 2024** |

## **ORDER**

The Stipulated Motion Regarding Relative Priority of Liens Against the Subject Property ("Stipulated Motion") was filed by the United States of America and Snohomish County.

Upon Consideration of the Stipulated Motion and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that the Court adopts the Stipulation set forth in the Stipulated Motion.

Proposed Order
(Case No. 2:24-CV-00139)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279

IT IS SO ORDERED.

Dated this 20th day of June 2024.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Samuel Holt*
SAMUEL HOLT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 307-2279
Fax: (202) 307-0054
Samuel.Holt@usdoj.gov

*Attorney for the United States of America*

~~Proposed~~ Order
(Case No. 2:24-CV-00139)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279