The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> BARRY P. JOHNSON, ) <br> BARRY N. JOHNSON, ) <br> SCOTT J. JOHNSON, ) <br> JOHNSON INTERNATIONAL, LLC, and ) <br> SNOHOMISH COUNTY, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:24-cv-00139-JLR <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS JOHNSON INTERNATIONAL, LLC** |

The United States of America has moved to dismiss without prejudice Johnson International, LLC pursuant to Federal Rule of Civil Procedure 41(a)(2). Based upon the unopposed motion and the attached Stipulation Disclaiming Interest in the Subject Property, and for good cause shown, the Court hereby GRANTS the Motion.

//

//

//

//

Proposed Order on
Rule 41(a)(2) Motion to Dismiss
(Case No. 2:24-cv-00139-JLR)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6495

IT IS HEREBY ORDERED that:

1. <u>Plaintiff United States of America's unopposed motion to dismiss Defendant Johnson International, LLC is GRANTED (Dkt. # 24).</u>

2. Johnson International, LLC has no interest in the real property located in Snohomish, Washington that is commonly described as 13725 Lost Lake Road, Snohomish, WA 98296.

3. Johnson International, LLC is DISMISSED from this action without prejudice.

Dated this 27th day of March, 2025.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by:*

*/s/ Anthony J. Iozzo*
ANTHONY J. IOZZO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-307-6495
Fax:    202-307-0054
anthony.iozzo@usdoj.gov
*Attorney for the United States of America*

~~Proposed~~ Order on
Rule 41(a)(2) Motion to Dismiss
(Case No. 2:24-cv-00139-JLR)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6495