The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BARRY P. JOHNSON,<br>BARRY N. JOHNSON,<br>SCOTT J. JOHNSON,<br>JOHNSON INTERNATIONAL, LLC, and<br>SNOHOMISH COUNTY,<br><br>  Defendants. | Case No. 2:24-cv-00139-JLR<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO WITHDRAW COUNTS 2, 3, 4, & 6** |

The United States of America ("United States") has moved for leave to amend the complaint (Dkt. # 1) to withdraw Counts 2, 3, 4, and 6 pursuant to Federal Rule of Civil Procedure 15(a)(2). On June 26, 2024, the court set the deadline to amend pleadings for December 31, 2024. (6/26/24 Order (Dkt. # 21).) Once a district court files a pretrial scheduling order, a party's motion to amend a pleading is governed by Rule 16, not Rule 15. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-08 (9th Cir. 1992). A party seeking to amend a pleading after the date specified in the scheduling order must first show "good cause" for

Proposed Order on Unopposed Motion For
Leave To Amend
Complaint To Withdraw Counts
(Case No. 2:24-cv-00139-JLR)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6495

amendment under Rule 16(b)(4).  Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *see Johnson*, 975 F.2d at 608.

The United States represents that the parties have reached an agreement to resolve Counts 2, 3, 4, and 6 of the complaint.  (Mot. (Dkt. # 25) at 2.)  Defendants do not oppose the motion. (*See id.*; *see generally* Dkt.)  Based upon the unopposed motion and for good cause shown, the Court hereby GRANTS the motion.  IT IS HEREBY ORDERED that:

1. The United States' unopposed motion to amend the complaint is GRANTED (Dkt. # 25).

2. Counts 2, 3, 4, and 6 of the Complaint are hereby withdrawn.

Dated this 27th day of March, 2025.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by:*

*/s/ Anthony J. Iozzo*
ANTHONY J. IOZZO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Phone: 202-307-6495
Fax:    202-307-0054
anthony.iozzo@usdoj.gov
*Attorney for the United States of America*