The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRY P. JOHNSON;<br>BARRY N. JOHNSON;<br>SCOTT J. JOHNSON;<br>JOHNSON INTERNATIONAL, LLC; and<br>SNOHOMISH COUNTY;<br><br>Defendants. | Case No. 2:24-cv-00139<br><br>[PROPOSED] ORDER |

Pursuant to the Stipulated Motion for Final Judgment ("Stipulated Motion") filed by Plaintiff the United States and Defendants Barry P. Johnson, Barry N. Johnson, and Scott J. Johnson (Dkt. # 26), this Court's Order Granting the Stipulated Motion, and for good cause shown, it is hereby adjudged and decreed that:

1. The Stipulated Motion is GRANTED (Dkt. # 26).

//

//

[Proposed] Order
(Case No. 2:24-cv-00139)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

2.  Judgment shall be entered in a separate document consistent with the parties' stipulation.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2025.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Barry P. Johnson*
BARRY P. JOHNSON
11426 31st DR Se Everett, WA 98208
425-551-0521]
barryj2001@comcast.net
*Pro se*

*/s/ Barry N. Johnson*
BARRY N. JOHNSON
13725 Lost Lake Rd, Snohomish WA 98296
425-280-8598
gimmeapresent@hotmail.com
*Pro se*

*/s/ Scott J. Johnson*
SCOTT J. JOHNSON
11426 31st DR Se Everett, WA 98208
425-772-6449
nismo91z32@gmail.com
*Pro se*

*/s/ Anthony J. Iozzo*
ANTHONY J. IOZZO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683

[Proposed] Order
(Case No. 2:24-cv-00139)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

Washington, D.C.  20044
Phone: 202-307-6495
Fax:    202-307-0054
anthony.iozzo@usdoj.gov
*Attorney for the United States of America*

[Proposed] Order
(Case No. 2:24-cv-00139)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395