The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRY P. JOHNSON;<br>BARRY N. JOHNSON;<br>SCOTT J. JOHNSON;<br>JOHNSON INTERNATIONAL, LLC; and<br>SNOHOMISH COUNTY;<br><br>Defendants. | Case No. 2:24-cv-00139<br><br>[PROPOSED] FINAL JUDGMENT |

Pursuant to the Stipulated Motion for Final Judgment ("Stipulated Motion") filed by Plaintiff the United States and Defendants Barry P. Johnson, Barry N. Johnson, and Scott J. Johnson, this Court's Order Granting the Stipulated Motion, and for good cause shown, it is hereby adjudged and decreed that:

1. Judgment is entered in favor of the United States and against Barry P. Johnson, Barry N. Johnson, and Scott J. Johnson on counts 1 and 5.

2. Barry P. Johnson is indebted to the United States for his unpaid federal income tax liabilities for tax years 2016 and 2017 in the amount of $711,525.89 as of March 1, 2025, less

[Proposed] Final Judgment    1
(Case No. 2:24-cv-00139)

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2279

1  any subsequent payment or credits, plus statutory interest, penalties, and other statutory additions
2  accruing after that date, as provided by law until paid in full.

3     3.   The United States has valid and subsisting federal tax liens in the amount
4  described in paragraph 2, above, that arose in favor of the United States on the dates of
5  assessments in the chart below:

| Tax Year | Assessment Date |
|----------|-----------------|
| 2016     | 12/04/2017      |
| 2017     | 9/17/2018       |

These federal tax liens attached to all property and rights to property in which Barry P. Johnson has an interest.

4.   On the dates of the assessments, the federal tax liens described in paragraph 3, above, attached to the real property located at 13725 Lost Lake Road, Snohomish, WA 98296 ("Subject Property"). The Subject Property bears Snohomish County Tax Assessor's Parcel Number 27062800201300 and is legally described as follows:

> That portion of the east half of south 3/4 of the southeast quarter of the northwest quarter of section 28, township 27 north, range 6 east, W.M., Snohomish county, Washington described as follows:
> Commencing at the Northwest corner of said subdivision; thence South 0 degrees 50 minutes 38 seconds West along the West line thereof 440.81 feet;
> Thence North 51 degrees 50 minutes 48 seconds east parallel to the devil's lake road 131.95 feet to the true point of beginning;
> Thence South 28 degrees 09 minutes 12 seconds east 357.33 feet to the Northwesterly margin of said devil's lake road;
> Thence North 61 degrees 50 minutes 48 seconds East along said Northwesterly margin 200.00 feet;
> Thence North 28 degrees 09 minutes 12 seconds west 357.33 feet to a line which bears North 61 degrees 50 minutes 48 seconds East from the true point of beginning;
> Thence South 61 degrees 50 minutes 48 seconds west 200.00 feet to the true point of beginning;
> Situate in the county of Snohomish, state of Washington.

5.   The Internal Revenue Service ("IRS") properly recorded Notices of Federal Tax Lien with the Snohomish County Auditor.

[Proposed] Final Judgment                 2
(Case No. 2:24-cv-00139)

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2279

6. The United States is entitled to foreclose its federal tax liens described in paragraph 2, above, against the Subject Property. The United States shall not take any action to sell the Subject Property to satisfy the federal tax liens until after December 20, 2026. The parties will move to stay the case until December 20, 2026, pending execution of the parties' agreement to settle this action. Within one week of December 20, 2026, the United States will file either a satisfaction of judgment or a motion for an order of foreclosure and judicial sale of the Subject Property. Barry P. Johnson, Barry N. Johnson, and Scott J. Johnson waive any right to oppose a motion for an order of foreclosure and judicial sale of the Subject Property.

7. Each party will bear their respective costs, including attorneys' fees and other costs associated with this litigation.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2025.

Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Barry P. Johnson*
BARRY P. JOHNSON
11426 31st DR Se Everett, WA 98208
425-551-0521]
barryj2001@comcast.net
*Pro se*

*/s/ Barry N. Johnson*
BARRY N. JOHNSON
13725 Lost Lake Rd, Snohomish WA 98296
425-280-8598
gimmeapresent@hotmail.com
*Pro se*

[Proposed] Final Judgment
(Case No. 2:24-cv-00139)

3

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2279

*/s/ Scott J. Johnson*
SCOTT J. JOHNSON
11426 31st DR Se Everett, WA 98208
425-772-6449
nismo91z32@gmail.com
*Pro se*

*/s/ Anthony J. Iozzo*
ANTHONY J. IOZZO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Phone: 202-307-6495
Fax:     202-307-0054
anthony.iozzo@usdoj.gov
*Attorney for the United States of America*

[Proposed] Final Judgment
(Case No. 2:24-cv-00139)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279