The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRY P. JOHNSON;<br>BARRY N. JOHNSON;<br>SCOTT J. JOHNSON;<br>JOHNSON INTERNATIONAL, LLC; and<br>SNOHOMISH COUNTY;<br><br>Defendants. | Case No. 2:24-cv-00139<br><br>[PROPOSED] ORDER STAYING CASE |

This matter is before the Court on a Joint Motion to Stay Case ("Joint Motion") (Dkt. # 27) filed by Plaintiff the United States and Defendants Barry P. Johnson, Barry N. Johnson, and Scott J. Johnson. For the reasons stated in the Joint Motion and for good cause, the Joint Motion is GRANTED.

It is hereby ORDERED:

1. The parties' joint motion to stay the case is GRANTED (Dkt. # 27).

2. This case is stayed until December 20, 2026, at which point, this stay will automatically expire.

[Proposed] Order of Stay
(Case No. 2:24-cv-00139)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2279

3.  Within one week of December 20, 2026, the United States will file either a satisfaction of judgment or a motion for an order of foreclosure and judicial sale of the property at issue in this action, which the Defendants shall not to oppose.

4.  <u>The July 14, 2025 trial date is VACATED (*see* Dkt. # 21).</u>

**IT IS SO ORDERED.**

Dated this 27th day of March, 2025.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Barry P. Johnson*
BARRY P. JOHNSON
11426 31st DR Se Everett, WA 98208
425-551-0521]
barryj2001@comcast.net
*Pro se*

*/s/ Barry N. Johnson*
BARRY N. JOHNSON
13725 Lost Lake Rd, Snohomish WA 98296
425-280-8598
gimmeapresent@hotmail.com
*Pro se*

*/s/ Scott J. Johnson*
SCOTT J. JOHNSON
11426 31st DR Se Everett, WA 98208
425-772-6449
nismo91z32@gmail.com
*Pro se*

*/s/ Anthony J. Iozzo*
ANTHONY J. IOZZO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-307-6495

[Proposed] Order of Stay
(Case No. 2:24-cv-00139)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-2279

Fax:    202-307-0054
anthony.iozzo@usdoj.gov
*Attorney for the United States of America*

[Proposed] Order of Stay                    3
(Case No. 2:24-cv-00139)

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-2279